# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>TREVOR DUANE ROSE,<br><br>                       Defendant. | Case No. CR03-287-TSZ<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 27, 2010. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Patricia Lally, and defendant was represented by Zenon Olbertz. Also present was U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 4, 2004 by the Honorable Thomas S. Zilly for Importation of MDMA (Ecstasy). He received 70 months of detention and 2 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 11, 2010, U.S. Probation Officer Todd Wilson alleged that

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1. Committing the crime of assault fourth degree on December 31, 2009, in violation of a standard condition.
2. Committing the crime of criminal trespass second degree on December 31, 2009, in violation of a standard condition.
3. Failing to abstain from alcohol on or about December 31, 2009, in violation of a special condition.
4. Associating with a person convicted of a felony without permission of his probation officer on December 31, 2009, in violation of a standard condition.

FINDINGS FOLLOWING EVIDENTIARY HEARING

The government dismissed violations 1 and 2. Defendant admitted to violations 3 and 4, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on April 15, 2010 at 1:30 p.m. before District Judge Thomas S. Zilly.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 27th day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge